# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAVE CONSULTING, LLC and POZZO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHESAPEAKE APPALACHIA, LLC, EQUINOR USA ONSHORE PROPERTIES, INC., ALTA MARCELLUS DEVELOPMENT, LLC, MITSUI E&P USA, LLC, and LARCHMONT RESOURCES, LLC,<br><br>Defendants. | No. 4:19-CV-00196<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 26th day of September 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7), June 27, 2019, ECF No. 13 is **DENIED**.

2. Defendants' answers to the complaint are due no later than October 10, 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge