**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAVE CONSULTING, LLC | :CASE NO.   4:19-CV-00196 |
|     Plaintiff | : |
| | :JUDGE: MATTHEW BRANN |
|    v. | : |
| | : |
| CHESAPEAKE APPALACHIA, LLC, | : |
| EQUINOR USA ONSHORE | : |
| PROPERTIES, INC., | : |
| ALTA MARCELLUS DEVELOPMENT, | : |
| LLC, MITSUI E&P USA, LLC and | : |
| LARCHMONT RESOURCES, LLC | : |
|     DefendantS | :Filed Electronically |

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on October 1, 2019, and the results of that conference are indicated below:

(a)   The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

   __X___        All necessary parties and counsel.

   _____        Designated corporate representatives.

   _____        Required claims professionals.

   _____        Other (Describe)._____

(b)   The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

___None_____

_____

(c)    The outcome of the mediation conference was:

 X          **The case has been completely settled.**  Counsel will promptly
            notify the Court of settlement by the filing of a settlement
            agreement signed by the parties and the mediator within ten (10)
            days of the this report.

_____       **The case has been partially resolved.**  Counsel have been
            instructed to file with the Court, a joint stipulation regarding those
            claims which have been resolved within ten (10) days of this report.
            The following issues remain for this Court to resolve:

_____

_____

_____       **The parties have reached an impasse.**

Done this 1st day of October, 2019.

                                    /s/   C. Edward S. Mitchell
                                    C. Edward S. Mitchell, Mediator
                                    Telephone: (570)323-8404

-2-